# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF MICHIGAN

THE LASALLE GROUP, INC., a Michigan
corporation,

                  Plaintiff,

v.

JST PROPERTIES, L.L.C., d/b/a GULF COAST
CONSTRUCTION, L.L.C., a Louisiana limited
liability company and AMERICAN
CONTRACTORS INDEMNITY COMPANY, a
California surety company.

                  Defendants.

CASE NO. 2:10-cv-14380-PJD-MKM
HON. Patrick J. Duggan

_____/

| | |
|---|---|
| Steven A. Wright (P56970) | Philip G. Alber (P24802) |
| Kelly M. Kammer (P68738) | Omar J. Harb (P51306) |
| **STEVEN A. WRIGHT, P.C.** | **ALBER CRAFTON, PSC** |
| 13854 Simone Drive | 2301 W. Big Beaver, Suite 300 |
| Shelby Township, MI 48315 | Troy, MI 48084 |
| (586) 532-8560 | (248) 822-6190 |
| Attorneys for The LaSalle Group, Inc. | Attorneys for American Contractors Indemnity Company |

_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT JST PROPERTIES, L.L.C., d/b/a GULF COAST CONSTRUCTION, L.L.C.

At a session of said Court held in the
in the City of Detroit, Michigan, on
this 9th day of April, 2011.

PRESENT: Hon. Patrick J. Duggan

This matter having come before the Court upon Plaintiff The LaSalle Group, Inc.'s

Motion for Default Judgment Against Defendant JST Properties, L.L.C., d/b/a Gulf Coast

Construction, L.L.C., a hearing having been held and the Court being otherwise fully advised in

the premises,

     **IT IS HEREBY ORDERED** that Plaintiff's Motion for Entry of Default Judgment

against Defendant JST Properties, L.L.C., d/b/a Gulf Coast Construction, L.L.C. ("JST") is

granted.

     **IT IS HEREBY FURTHER ORDERED AND ADJUDGED** that Judgment is entered

against Defendant JST in the amount of $468,573.79.


     **IT IS SO ORDERED.**


                 s/Patrick J. Duggan
                 Patrick J. Duggan
                 United States District Judge

Dated:  April 9, 2011
I hereby certify that a copy of the foregoing document was served upon counsel of
record on April 9, 2011, by electronic and/or ordinary mail.

                 s/Marilyn Orem
                 Case Manager




Approved as to form:


**STEVEN A. WRIGHT, P.C.**          **ALBER CRAFTON, PSC**


By: s/ Kelly M. Kammer          By: s/ Omar J. Harb w/consent
     Kelly M. Kammer (P68738)         Omar J. Harb (P51306)
     13854 Simone Drive             2301 W. Big Beaver, Suite 300
     Shelby Township, MI 48315        Troy, MI 48084
     (586) 532-8560               (248) 822-6190

Attorneys for Plaintiff                          Attorneys for American Contractors
                                                 Indemnity Company

Dated: April 6, 2011                     Dated:  April 6, 2011